FILED
December 21, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KENNETH MARSHALL, KATHERINE MARSHALL, §§§§§§ *Plaintiffs*, §§ v. §§ LIBERTY MUTUAL INSURANCE COMPANY, §§§§ *Defendant*. § | CIVIL NO. SA-20-CV-00262-OLG |

### O R D E R

On December 17, 2021, Defendant Liberty Mutual Insurance Company filed a Notice with the Court, advising that the parties have reached a settlement and are working to finalize their agreement. *See* Dkt. No. 33. Accordingly, the Court hereby administratively **CLOSES** this case pending the filing of dismissal papers. The Clerk of the Court is **ORDERED** to administratively close this case upon entry of this Order. If the parties wish to reopen this case, they may do so by filing a motion to reopen.

It is so **ORDERED**.

**SIGNED** this \_\_21st\_\_ day of December, 2021.

_____
ORLANDO L. GARCIA
Chief United States District Judge