Case 5:20-cv-00262-OLG   Document 38   Filed 02/17/22   Page 1 of 1

FILED
February 17, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                      DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KENNETH MARSHALL and KATHERINE MARSHALL,<br>   Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br>   Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     CIVIL ACTION NO. SA:20-CV-00262-OLG |

**O R D E R**

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled cause is hereby dismissed with prejudice as to Liberty Mutual Insurance Company, with each party to bear their own costs.

San Antonio, Texas this   17th   day of   February  , 2022.

_____
ORLANDO L. GARCIA
Chief United States District Judge